Jeremy E. Branch, CA Bar #303240
Law Offices of Jeffrey Lohman
4740 Green River Rd., Suite 310
Corona, CA 92880
Telephone: (866) 329-9217

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SNYDER, | Case No.: 2:19-cv-00514-JAK-SS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Hon. John A. Kronstadt |
| NAVIENT SOLUTIONS INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff, Amanda Snyder notifies this Court that Plaintiff and Defendant, NAVIENT SOLUTIONS INC., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (30) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Dated: January 24, 2020   Respectfully submitted,

Law Offices of Jeffrey Lohman, P.C.

By: */s/Jeremy E Branch*
Jeremy E. Branch, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2020, I filed NOTICE OF SETTLEMENT using the CM/ECF system, which will provide notice to the following:

DENNIS N. LUECK, JR. (SBN 292414)
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071
T: 310-680-2800
F: 310-614-7399
E: dlueck@hinshawlaw.com

ELVIN I. TABAH (SBN 286369)
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
T: 310-909-8000
F: 310-909-8001
E: etabah@hinshawlaw.com

Respectfully submitted,

Law Offices of Jeffrey Lohman, P.C.

By: s/ *Jeremy E. Branch*
   Jeremy E. Branch, Esq.
   Attorney for Plaintiff

NOTICE OF SETTLEMENT