Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney fo Plaintiff, AMANDA SNYDER

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SNYDER,<br><br>  Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.*,*<br><br>  Defendant. | Case No: 2:19-cv-00514-JAK-SS<br><br>**JOINT SIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Amanda Snyder ("Plaintiff"), and Navient Solutions, Inc. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

JOINTLY SUBMITTED BY:

*/s/ Dennis N. Lueck, Jr. (with permission)*
Dennis N. Lueck, Jr. (SBN 292414)
Hinshaw & Culbertson LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071
T: 310-680-2800
F: 310-614-7399
E: dlueck@hinshawlaw.com
*COUNSEL FOR DEFENDANT*

*/s/ Jeremy E. Branch*
Jeremy E. Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February 2020, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify the following registered parties:

Dennis N. Lueck, Jr. (SBN 292414)
Hinshaw & Culbertson LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071
T: 310-680-2800
F: 310-614-7399
E: dlueck@hinshawlaw.com
*COUNSEL FOR DEFENDANT*

Elvin I. Tabah (SBN 286369)
Hinshaw & Culbertson LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
T: 310-909-8000
F: 310-909-8001
E: etabah@hinshawlaw.com
*COUNSEL FOR DEFENDANT*

       */s/ Jeremy E. Branch*
       Jeremy E. Branch – Bar #303240
       The Law Offices of Jeffrey Lohman, P.C.
       28544 Old Town Front Street, Suite 201
       Temecula, CA 92590
       Tel. (866) 329-9217 ext. 1009
       Fax: (657) 246-1312
       Email: jeremyb@jlohman.com
       Attorney for Plaintiff, AMANDA SNYDER