UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SNYDER,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC,<br><br>Defendants. | Case No: 2:19-cv-00514-JAK-SS<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

## [~~PROPOSED~~] ORDER OF DISMISSAL

Plaintiff, Amanda Snyder ("Plaintiff"), and Defendant Navient Solutions, Inc., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Dated: March 5, 2020

_____
Hon. John A. Kronstadt
United States District Judge